#065641

# In The United States Court of Federal Claims

06-742 C

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Emerald Coast Finest Produce Company, Incorporated

257 Amber Street, Pensacola, Florida 32503-2208

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Cyrus E. Phillips, IV

Firm Name: Attorney-at-Law

Post Office Box:

Street Address: 1828 L Street, N.W., Suite 660

City-State-Zip: Washington, D.C. 20036-5112

Telephone & Facsimile Numbers: 202-466-7008 & 202-466-7009

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 4 0

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D 0 D

See attached sheet for three-digit codes.

Amount Claimed: $56,050,935

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $56,050,935

Is plaintiff a small business? ☑ Yes ☐ No

Vaccine Case:

Date of Vaccination:

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☑ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.