ORIGINAL

# In the United States Court of Federal Claims
## Bid Protest

FILED
NOV 1 - 2006
U.S. COURT OF FEDERAL CLAIMS

EMERALD COAST FINEST PRODCUE COMPANY, INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

06-742 C

No. 06- C
Judge

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiff, Emerald Coast Finest Produce Company, Incorporated, hereby discloses that it is a closely-held Florida corporation whose stock is not publicly traded, that it has no parent corporation, and that there is no publicly-held corporation that owns ten percent or more of Plaintiff's stock.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500,

Virginia State Bar Number 03135
November 1st, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Emerald Coast Finest Produce Company, Incorporated.