# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: November 2, 2006)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the informal telephonic status conference (TSC) held on November 1, 2006, the court will hold a TSC on Friday, November 3, 2006, at 10:00 a.m. EST. The parties should be prepared to discuss components of the administrative record, scheduling matters, and any other matters relevant to the case at that time. A Sprint operator will initiate the call. The court will instruct Sprint to contact Cyrus Phillips at (202) 466-7008 and Leslie Ohta at (202) 307-0252. If any additional parties need to be added to the call, please notify chambers at (202) 357-6564.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge