# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: November 3, 2006)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court held a telephonic status conference on November 3, 2006 at 10:00 a.m. EST with plaintiff's counsel, Mr. Cyrus Phillips, and defendant's counsel, Ms. Leslie Ohta. With the consent of plaintiff's and defendant's counsel, Messrs. Daniel Weckstein and Walter Martin, putative defendant-intervenor's counsel, were also present on the call. Further to the status conference, the court provides the following directive concerning the content of the Administrative Record to be filed with the court and the schedule for subsequent briefing in accordance with Rule 52.1(b) of the Rules of the United States Court of Federal Claims (RCFC).[1] The court expects to issue a protective order on or before Friday, November 10, 2006.

1. As contemplated by RCFC 52.1(a), defendant shall, for the purpose of permitting the court to evaluate plaintiff's pending complaint, assemble, file, and serve upon opposing counsel on Friday, November 17, 2006 a

[1]The parties shall, in accordance with U.S. Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of any document, which, including exhibits or attachments, would exceed 50 pages when printed.

continuous Bates-stamped administrative record to include all documents[2] related to (i) the preparation and/or promulgation of the Request for Proposal no. HDEC02-06-R-0005 and (ii) the Award of Contract no. HDEC02-06-D-0014 including, without limitation, all documents relating to the evaluation of the proposals of plaintiff and the awardee and all documents that would tend to make more or less probable the existence of any element of an organizational conflict of interest that would constitute a violation of Federal Acquisition Regulation § 9.505-2(b)(1).[3]

2. Plaintiff shall file with the court and serve on defendant and defendant-intervenor, if any, its motion for judgment on the administrative record on or before Friday, November 24, 2006.

3. Defendant shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the administrative record on or before Friday, December 15, 2006. Defendant-intervenor, if any, shall file with the court its response to plaintiff's motion and its cross-motion for judgment on the administrative record on or before Tuesday, December 19, 2006.[4]

---

[2]For purposes of this Order, the term "documents" shall include both paper and electronic documents. Electronic documents include documents created, transmitted, and/or stored in electronic form.

[3]Section 9.505-2(b)(1) of the Federal Acquisition Regulations provides:

> If a contractor prepares, or assists in preparing, a work statement to be used in competitively acquiring a system or services – or provides material lending directly, predictably, and without delay to such a work statement – that contractor may not supply the system, major components of the system, or the services unless –
> (i) It is the sole source;
> (ii) It has participated in the development and design work; or
> (iii) More than one contractor has been involved in preparing the work statement.

Federal Acquisition Regulations § 9.505-2(b)(1) (2005).

[4]Counsel for the putative defendant-intervenor requested, and the court granted, a filing date of Tuesday, December 19, 2006 for its response to plaintiff's motion and cross-motions for summary judgment on the administrative record due to personal circumstances.

4. Plaintiff shall file its responses to defendant's and defendant-intervenor's cross-motions and its replies to defendant's and defendant-intervenor's responses to plaintiff's motion on or before Friday, December 29, 2006.

5. Defendant and defendant-intervenor, if any, shall file their respective replies to plaintiff's responses on or before Wednesday, January 17, 2006.

6. The court will hear oral argument at the National Courts Building, 717 Madison Place NW, Washington, DC 20005 on Tuesday, January 23, 2007 at 2:00 p.m. E.S.T.

A courtesy copy of this order shall be provided by email to putative defendant-intervenor's counsel at dweckstein@vanblk.com.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge