IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST Case)

(E-Filed: November 15th, 2006)

| | |
|---|---|
| EMERALD COAST FINEST PRODUCE CO. INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant | No. 06-742 C<br><br>Judge Emily C. Hewitt |

MOTION TO INTERVENE OF AWARDEE,
MILITARY PRODUCE GROUP, LLC

COMES NOW, MILITARY PRODUCE GROUP, LLC ("Military Produce" or the "Intervenor") and as and for its Motion to Intervene states the following:

Introduction & Background

1. Military Produce is an entity chartered in the Commonwealth of Virginia.

2. Military Produce is in the business of providing distribution services and other services to military commissary stores and other stores and facilities.

3. Military Produce is the successful awardee of Contract No. HDEC02-06-D-0014 (the "Contract") which was awarded after a competitive procurement under solicitation HDEC02-06-R-0005 (the "Solicitation"). Both the Solicitation and the

Contract were issued by Headquarters, Defense Commissary Agency, Resale Contracting Division, Fort Lee, Virginia (hereinafter "DeCA").

4. The Solicitation and the subsequent Contract award provide for regular deliveries of fresh fruits and vegetables to military commissary stores in Group 1 and Group 2 of DeCA's Southeast Region and cover the states / locations of Alabama, Arkansas, Florida, Loui8siana, Mississippi, and Tennessee (Group 1) and Florida, Georgia, and Puerto Rico (Group 2).

5. DeCA issued the subject Contract to military produce on or about August 25, 2006 after making a determination that Military Produce constituted the "best value" under the terms of the Solicitation.

6. Upon information and belief, the action of DeCA and the Contracting Officer / Source Selection Official in evaluating, choosing Military Produce, and awarding the Military Produce were sound exercises of the judgment and discretion of DeCA in the award of the subject Contract.

7. Military Produce promptly began performance under the Contract and has been performing subsequent to the award and continues to perform under the Contract today.

The Protest and Protest Proceedings

8. On or about November 1, 2006, Emerald Coast Finest Produce Company, Incorporated (the "Protester" or "Emerald Coast") filed a Bid Protest with this Court seeking the terminations of, and the issuance of a permanent injunction against the Award of the subject Contract to Military Produce.

9. Military Produce received notice of such Protest on or about November 1, 2006, from the Contracting Officer at DeCA assigned to said Contract.

10. Counsel for Military Produce also received notification of such a Protest and of the probability of a scheduling conference for the same at the United States Court of Federal Claims (the "Court") on or about November 2, 2006.

11. At the request of the Court, and with the consent of counsel for DeCA, and of counsel for the Protester, Emerald Coast, counsel for Military Produce participated in Judge Hewitt's telephonic Scheduling Conference held on November 3, 2006, beginning at approximately 10:00 a.m.

12. Subsequently, Military Produce authorized and directed counsel to intervene into this Bid Protest case on behalf of Military Produce.

13. Military Produce's Motion to Intervene is timely in that it was promptly filed as soon as practicable after learning of this Bid Protest.

14. Consequently, Military Produce requests that it be permitted to intervene in this case and to participate to defend its interests as the successful awardee.

15. As successful awardee, Military Produce is an interested party whose economic well being will or may be affected by this case and these proceedings.

16. Under Rule 24 of the Rules of the Court and 28 U.S.C. § 1491(b), Military Produce should be permitted to intervene herein as it has both "an unconditional right" to intervene and it further "claims an interest relating to the property or transaction which is the subject of the action and the applicant [Military Produce] is so situated that the disposition of the action may as a practical matter impair or impeded the applicant's ability to protect that interest. . ."

17. Moreover, in the event that this Court does not find that Military Produce may intervene as a matter of right, then at the least, Military Produce is a permissive intervenor under Rule 24(b).

Prayer for Relief:

18. Military Produce realleges and repeats the allegations of Paragraphs 1 – 17 of this Motion to Intervene.

19. Military Produce respectfully requests that it:

a. Be permitted to intervene in this matter and proceeding;

b. That the Court approve, confirm or otherwise affirm the decision of DeCA to award the subject Contract to Military Produce;

c. That the Court deny the Protester's requests for Permanent Injunction, or for any other preliminary, temporary, or permanent injunction related to said Contract;

d. That the Court issue a declaration that the Award to Military Produce was appropriate under the Solicitation and the law;

e. That the Court dismiss the Protest of Emerald Coast and deny the relief sought by Emerald Coast herein;

f. That the Court permit Military Produce as the Intervenor herein to respond to any and all pleadings and to fully participate as a party to this Action; and

g. That the Court award to Military Produce such further and other relief as the Court may deem just and proper.

Date: Tuesday, November 14, 2006

MILITARY PRODUCE GROUP, LLC

By: [signature]

Daniel R. Weckstein (Va. State Bar No. 17741)
Stephanie M. Himel-Nelson (Va. State Bar No. 46966)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510-1699
(757) 446-8600
Facsimile: (757) 446-8670
E-mail: dweckstein@vanblk.com or shimelnelson@vanblk.com

Of counsel

Walter B. Martin (Va. State Bar No. 4214)
VANDEVENTER BLACK LLP
500 World Trade Center
Norfolk, VA 23510-1699
(757) 446-8600
Facsimile: (757) 446-8670
Email : wmartin@vanblk.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading was sent by E-Mail November 14, 2006, to counsel herein as follows:

Cyrus E. Phillips, IV, counsel for Emerald Coast, at lawyer@procurement-lawyer.com

Leslie Ohta, Esquire, counsel for Defense Commissary Agency, at Leslie.Ohta@usdoj.gov

Trista Robinson, Contract Specialist, at trista.robinson@deca.mil

By: [signature]
Of Counsel