# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **EMERALD COAST FINEST PRODUCE COMPANY, INCORPORATED,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **BID PROTEST** <br> **No. 06-742C** <br> **Judge Hewitt** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO AWARDEE'S MOTION TO INTERVENE**

Emerald Coast Finest Produce Company, Incorporated, Plaintiff herein, responds herewith in accordance with RCFC 7.2(a) to the Motion to Intervene filed yesterday by the Awardee, Military Produce Group, LLC.

Plaintiff does not oppose the Motion to Intervene.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV
D.C. Bar Number 456500,
Virginia State Bar Number 03135

November 15th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112

Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Emerald Coast Finest Produce Company, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Wednesday, November 15th, 2006 a true and complete copy of this Plaintiff's Response to Awardee's Motion to Intervene was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Leslie Cayer Ohta, Esq.

Electronic Mail: Leslie.Ohta@usdoj.gov

Attorney of record for Defendant,
Defense Commissary Agency.

I also certify, under penalty of perjury, that on Wednesday, November 15th, 2006 a true and complete copy of this Plaintiff's Response to Awardee's Motion to Intervene was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Daniel R. Weckstein, Esq.

Electronic Mail: dweckstein@vanblk.com

Attorney of record for putative Defendant-Intervenor,
Military Produce Group, LLC.