# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: November 16, 2006)

EMERALD COAST FINEST PRODUCE CO. INC.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the prospective defendant-intervenor's Motion to Intervene (Motion). The Clerk of the Court has notified chambers that the Motion, which was electronically filed on November 14, 2006, contains the following deficiencies. In contravention of Rules 11 and 83.1(c)(2) of the Court of Federal Claims (RCFC), the Motion was not signed by the attorney of record for the prospective defendant-intervenor, Stephanie M. Himel-Nelson. RCFC 11(a) requires that "[e]very pleading, motion, and other paper shall be signed by or for the attorney of record in the signing attorney's own individual name." RCFC 83.1(c)(1) provides that "[t]here shall be but one attorney of record for a party in any case at any one time." The prospective defendant-intervenor lists two attorneys of record.

The Clerk of Court shall treat document number 9 as if it had been STRICKEN from the docket. The prospective defendant-intervenor shall REFILE its motion in accordance with Rules 11, 83.1(c)(1) and 83.1(c)(2).

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT

Judge