IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 06-742C<br>(Judge Emily Hewitt) |

DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Submitted herewith are three copies of the administrative record in two volumes. The administrative record contains proprietary materials designated as "Protected Material" pursuant to this Court's protective order. To ensure that the protected material will not be inappropriately disclosed, the administrative record should be filed and maintained under seal.

For these reasons, defendant respectfully notifies the Court of the filing of the administrative record under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0972
(202) 307-0972 (Fax)

November 17, 2006

Attorneys for Defendant