# In the United States Court of Federal Claims

| | | |
|---|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | BID PROTEST<br>No. 06-742C<br>Judge Hewitt |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| MILITARY PRODUCE GROUP, LLC, | ) | |
| Defendant-Intervenor. | ) | |

PROPOSED ADDITIONAL FACTS AS TO
DEFENDANT'S AND DEFENDANT-INTERVENOR'S
STATEMENTS OF FACTS IN SUPPORT OF CROSS-MOTIONS
FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Plaintiff, Emerald Coast Finest Produce Company, Incorporated, 257 Amber Street, Pensacola, Florida 32503-2208 (Emerald Coast), in compliance with RCFC 56.1(b)(2), sets out the following Proposed Additional Facts as to Defendant's and De-

fendant-Intervenor's Statements of Facts in Support of Defendant's and Defendant-Intervenor's Cross-Motions for Judgment on the Administrative Record.

1. With Solicitation Number HDEC02-06-R-0005 Defense Commissary Agency (DeCA) is seeking to accomplish the following objectives:

> [A]dopting the best commercial practices, encouraging process automation, ensuring delivery of quality product in a timely manner, achieving patron savings through lower cost, increasing customer satisfaction, and increasing tonnage and sales.

Administrative Record, at AR00004.

2. DeCA did not, as of December 17th, 2004 "possess the resources or expertise" to accomplish competitive procurement of fresh fruits and vegetables. Administrative Record, at AR00095. DeCA relies "heavily" on computer applications to provide fresh fruits and vegetables to military commissaries. Administrative Record, at AR00097.

When Solicitation Number HDEC02-06-R-0005 was issued on March 20th, 2006 DeCA had had only two prior experiences with directly acquiring fresh fruits and vegetables through competitive procurement: (a) Sole-Source Contract Number HDEC02-05-D-0003 awarded to Norfolk Banana Distributors, Incorporated on December 22nd, 2004 for performance from mid-January 2005 to mid-September 2005;

and (b) Contract Number HDEC02-05-D-0013 awarded to Military Produce Group LLC (Military Produce) on September 20th, 2005. Administrative Record, at AR00097.

3. The Evaluation Plan for Solicitation Number HDEC02-06-R-0005 explicitly provides:

> Award(s) will *be determined by each geographical group*.

Administrative Record, at AR00563 (Emphasis added).

The Evaluation Plan for Solicitation Number HDEC02-06-R-0005 does not provide that awards, or the evaluations for awards, will be by Area, i.e., for Area 3, or for Area 5.

4. The synopsis for Solicitation Number HDEC02-06-R-0005 provides that:

> A single solicitation containing the four geographical groupings will be issued. *Each group will be independently evaluated* and awarded on an "all or none basis."

Administrative Record, at AR00568, AR00571, AR00572 (Emphasis added).

As promised, Solicitation Number HDEC02-06-R-0005 provides that "[t]he *source selection decision for contract award will be made for each individual group* . . . ." Administrative Record, at AR00603 (Emphasis added).

**Protected Information is Enclosed in Square Brackets**

5. Initial Competitive Proposals submitted in response to Solicitation Number HDEC02-06-R-0005 were received at DeCA through May 2nd, 2006. A Technical Evaluation Board was convened to review these Initial Competitive Proposals, and this Technical Evaluation Board conducted deliberations from May 4th through May 19th, 2006. Administrative Record, at AR01965.

The Contracting Officer made her Competitive Range determination on May 26th, 2006. Six of eight Initial Competitive Proposals received for Area 5, Groups 1 and 2 were determined to "have the potential of receiving an acceptable technical score if provided an opportunity to respond with the additional information." Administrative Record, at AR01970. Two of the eight Initial Competitive Proposals received for Area 5, Groups 1 and 2 were determined to be materially deficient and were excluded from the Competitive Range. Administrative Record, at AR01971.

Emerald Coast and Military Produce Group were among those Offerors whose Initial Competitive Proposals were included within the Competitive Range.

6. One of DeCA's negotiation objectives for Emerald Coast was for Emerald Coast to explain just why "they needed 60 days from notification of award to start of

contract performance, asides from hiring 45 additional employees." Administrative Record, at AR01996. Emerald Coast's Initial Competitive Proposal was not deemed to be materially deficient.

7. DeCA sent discussion letters on May 26th, 2006 and received responses from all Offerors on June 2nd, 2006. The Technical Evaluation Board reconvened during the period June 5th through 6th, 2006 to provide "final consensus numerical technical scores." Administrative Record, at AR02004 through AR02036.

The Technical Evaluation Board was not thereafter reconvened to review Offeror responses to discussion letters or to review Offeror responses to changes made in Solicitation requirements with Amendments Numbers 0003 issued on July 19th, 2006; or Amendment Number 0004 issued on July 21st, 2006; or Amendment Number 0005 issued on July 28th, 2006.

8. The Contracting Officer made substantive changes in the requirements of Solicitation Number HDEC02-06-R-0005 after June 6th, 2006 and Offerors responded to these substantive changes with substantive modifications, and revisions, to their Competitive Proposals.

On June 8th, 2006 an Offeror provided details to questions posed by the Technical Evaluation Board—these details were never reviewed by the Technical Evaluation Board. Administrative Record, at AR02036.

Amendment 0003 invited Competitive Proposal revisions after substantive changes were made in Solicitation requirements, these including a requirement for produce inspections by the United States Department of Agriculture. Administrative Record, at AR02036 through AR02039.

Amendment 0004 invited Competitive Proposal revisions after the requirement to deliver fresh fruits and vegetables to the commissary at Fort Buchanan, Puerto Rico was eliminated entirely and there was a change in Solicitation requirements for a Web-based computer application to be used by commissaries to order fresh fruits and vegetables. Administrative Record, at AR02039.

Offerors made substantive revisions to their Competitive Proposals as a result of Amendments Number 0003 and 0004—none of these revisions have been evaluated by the Technical Evaluation Board. There has been no scoring of revised Competitive Proposals for Technical Capability and Past Performance since June 6th, 2006.

9. In its Competitive Proposal Emerald Coast explains that from its multi-temperature distribution center in Pensacola, Florida Emerald Coast will support the commissaries in Area 5, Group 1 with a fleet of 45 refrigerated trucks, these ranging from 16-foot box trucks to 48-foot multi-temperature truck-trailers. Administrative Record, at AR01064.

And Emerald Coast has explained also that it will need to acquire 8 to 10 new truck-trailers after notification of award in order to start Contract performance. Administrative Record, at AR01084, AR01154. Emerald Coast explains that normal lead time for new truck trailers is 45 days and that multi-temperature truck-trailers are "not normally available for month, day, or trip lease." *Id.*

10. Military Produce Group explains that from its facility in Birmingham, Alabama Military Produce Group will support the commissaries in Area 5, Group 1 with a fleet of 11 refrigerated tractor-trailers. Administrative Record, at AR01681, AR01727.

11. There has been no analysis by the Technical Evaluation Board, or by the Contracting Officer, just how it is that the commissaries in Area 5, Group 1 can be supported by 11 refrigerated tractor-trailers operating from Birmingham, Alabama

while these same commissaries, at least in the judgment of Emerald Coast, will require not less than 53 truck-trailers operating from Pensacola, Florida in order to be supported as required by Solicitation Number HDEC02-06-R-0005.

Respectfully submitted,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

District of Columbia Bar Number 456500,
Virginia State Bar Number 03135
December 29th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: lawyer@procurement-lawyer.com

Attorney of record for Plaintiff,
Emerald Coast Finest Produce Company, Incorporated.

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on Friday, December 29th, 2006 a true and complete copy of these Proposed Additional Facts as to Defendant's and Defendant-Intervenor's Statements of Facts in Support of Defendant's and Defendant-Intervenor's Cross-Motions for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Leslie Cayer Ohta, Esq.

Electronic Mail: Leslie.Ohta@usdoj.gov

Attorney of record for Defendant,
Defense Commissary Agency.

I also certify, under penalty of perjury, that on Friday, December 29th, 2006 a true and complete copy of these Proposed Additional Facts as to Defendant's and Defendant-Intervenor's Statements of Facts in Support of Defendant's and Defendant-Intervenor's Cross-Motions for Judgment on the Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Daniel R. Weckstein, Esq.

Electronic Mail: dweckstein@vanblk.com

Attorney of record for Defendant-Intervenor,
Military Produce Group, LLC.