# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: January 17, 2007)

| | |
|---|---|
| EMERALD COAST FINEST PRODUCE CO. INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MILITARY PRODUCE GROUP, LLC, | ) |
| Defendant-Intervenor. | ) |

ORDER

Before the court are defendant's Motion for Stay of Proceedings or Remand (motion) and plaintiff's Opposition to Defendant's Motion for Stay of Proceedings or Remand (opposition). The court held a telephonic status conference with the parties on January 16, 2007 to discuss the motion and opposition.

Pursuant to a telephonic status conference held on November 3, 2006 and to the court's scheduling order dated November 3, 2006, defendant and defendant-intervenor were to file their respective replies to plaintiff's responses on or before Wednesday, January 17, 2007. In order to afford the parties and the court the opportunity to address defendant's motion, those filings are NOT DUE until further notice of the court.

Also pursuant to the court's scheduling order dated November 3, 2006, an oral argument on the parties' cross-motions for judgment on the administrative record was

scheduled for Tuesday, January 23, 2007 at 2:00 p.m. EST. Oral argument remains scheduled for that date and time; however, the arguments instead will concern defendant's motion and plaintiff's opposition, as well as the additional briefing described below. If any of the parties prefers to appear by telephone, it shall contact the court on or before 5:00 p.m. EST on Thursday, January 18, 2007.

The parties shall brief, with citations to potentially relevant authorities, whether the court should issue an order of remand and, if so, under what terms. The parties shall also brief whether the court should issue judgment instead of an order of remand and, if so, under what terms. The parties are urged to include specific citations to relevant portions of the administrative record and to relevant portions of prior briefing.

The parties' opening briefs shall be filed electronically with the court on or before 11:59 p.m. EST on Thursday, January 18, 2007. The parties shall file their responses to the other parties' opening briefs on or before 12:00 noon EST on Monday, January 22, 2007.

______The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge