# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: January 18, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

ORDER

Before the court is defendant's Unopposed Motion for an Enlargement of Time (motion). Defendant requests "a 1-day enlargement of time, to and including January 19, 2007, within which to file its opening brief in support of its motion to stay or remand" the case. Motion 1. Based on the representations therein, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge