IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| EMERALD COAST FINEST PRODUCE COMPANY, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-742C<br>(Judge Emily Hewitt) |

DEFENDANT'S SECOND NOTICE OF
FILING OF ADMINISTRATIVE RECORD

The administrative record in this case was filed on November 17, 2006. On January 26, , 2007, this Court granted, in part, the Government's motion to remand. Following the issuance of the remand order, the Clerk of Court returned the original administrative record to the Government. Pursuant to the Court's January 26, 2007 order, the proceedings upon remand have been completed, and the documents generated upon remand have been added to the administrative record.

Submitted herewith is one copy of the administrative record in five volumes. Pages AR02208 through AR02226 have been added to Volume IIB of the administrative record. Two copies of the added pages are being provided to the Court for insertion into the two copies of the administrative record retained by the Court. Copies of the added pages are also being provided to all counsel.

The administrative record contains proprietary materials designated as "Protected Material" pursuant to this Court's protective order. To ensure that the protected material will not be inappropriately disclosed, the administrative record should be filed and maintained under seal.

For these reasons, defendant respectfully notifies the Court of the filing of the administrative record under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
(202) 307-0972
(202) 307-0972 (Fax)

February 22, 2006

Attorneys for Defendant