# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: February 26, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

ORDER

Pursuant to a telephonic status conference held by the court on February 26, 2007, plaintiff shall move to file on or before Friday, March 9, 2007, with an attached form of complaint, an amended and restated complaint to substitute for the complaint filed on November 1, 2006. Plaintiff shall also file a motion to supplement the Administrative Record on or before Friday, March 9, 2007 to which motion shall be attached copies of the documents with which the Administrative Record is proposed to be supplemented. Defendant and defendant-intervenor shall file responses to plaintiff's motions on or before Friday, March 30, 2007. Plaintiff shall file its reply on or before Friday, April 6, 2007.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge