# ATTACHMENT 1

**To whom it may concern:**

Adams Produce Companies has supplied FF&V for Military Produce Group to commissaries in the Southeast from November 2006 through February 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/23/07

Jennifer Berthiaume
Adams Produce Companies, Inc.

# Adams Produce Birmingham

# Summary Invoice Register

From 11/01/2006 To 02/27/2007, By Shipto, Order By Cust #, No Costs, Invoices and Credits

| Invoice | SO # | Status | | Amount | Tax | Net Amt |
|---|---|---|---|---|---|---|
| **MPG / - MILITARY PRODUCE GROUP** | | | | | | |
| 880708 | 224078 | X | 11/18/2006 | $684.80 | $0.00 | $684.80 |
| 880917 | 224311 | X | 11/18/2006 | $1691.70 | $0.00 | $1691.70 |
| 887718 | 232415 | X | 12/17/2006 | $1959.70 | $0.00 | $1959.70 |
| 888550 | 233411 | X | 12/20/2006 | $1503.75 | $0.00 | $1503.75 |
| 898721 | 245741 | X | 02/01/2007 | $470.00 | $0.00 | $470.00 |
| 899411 | 246585 | X | 02/04/2007 | $2218.75 | $0.00 | $2218.75 |
| 905683 | 253862 | U | 02/27/2007 | $530.50 | $0.00 | $530.50 |
| | | | | $9059.20 | $0.00 | $9059.20 |
| **Report Totals** | | | | $9059.20 | $0.00 | $9059.20 |

ADAMS BROTHERS PRODUCE PHONE:205-323-7161 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204

Page: 1
Invoice No: A880708
Invoice Date: 11/18/2006
Terms:NET 10 DAYS

Sold To:
MILITAIRY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK,VA 23502
Telephone: (757) 858-0808

Driver Initials:______________
Time In:______ Time Out:_____
Sales Rep: CARL
PO:

* 01-880708 *

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 6.00 | 6.00 | CS | ONION SWEET PERU 40# | 2395 | 24.50 | 147.00 |
| 10.00 | 10.00 | BG | ONION YELLOW 16/3# | 2415 | 13.40 | 134.00 |
| 2.00 | 2.00 | BG | ONION YELLOW JUMBO 50# | 2435 | 13.90 | 27.80 |
| 2.00 | 2.00 | CS | POTATO RED B 50# | 2595 | 18.00 | 36.00 |
| 20.00 | 20.00 | CS | POTATO SWEET #1 | 2640 | 17.00 | 340.00 |

deliver to Ft. Rucker Commissary

9213 Hutton Plaza RD
Ft. Rucker, AL

Dmo/Meloa
11/18/02

* 01-880708 *

SUBTOTAL: 684.80
TAX: 0.00
TOTAL: 684.80

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS BROTHERS PRODUCE PHONE:205-323-7161 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204

Page: 1
Invoice No: A880917
Invoice Date: 11/18/2006
Terms:NET 10 DAYS

Sold To:
MILITAIRY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK,VA 23502
Telephone: (757) 858-0808

Driver Initials:____________
Time In:______ Time Out:______
Sales Rep: CARL
PO:

*01-880917*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CS | BERRY BLUEBERRY 12 CT | 1108 | 35.65 | 71.30 |
| 5.00 | 5.00 | CS | BERRY STRAWBERRY CA 8/1# | 1116 | 21.45 | 107.25 |
| 5.00 | 5.00 | CS | CRANBERRIES 24/12 OZ | 1160 | 50.75 | 253.75 |
| 20.00 | 20.00 | CS | GRAPE RED SEEDLESS 18# | 1168 | 24.80 | 496.00 |
| 20.00 | 20.00 | CS | GRAPE WHITE SEEDLESS 18# | 1172 | 26.95 | 539.00 |
| 12.00 | 12.00 | CS | LETTUCE CELLO 24 | 2300 | 18.70 | 224.40 |

RECEIVED
NOV 18 2006
ADAMS PRODUCE CO., INC.

11-18-06

*01-880917*

SUBTOTAL: 1691.70
TAX: 0.00
TOTAL: 1691.70

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

RX Date/Time 12/18/2006 16:49 Adams Brothers Accounting P.001
DEC-18-2006(MON) 15:25 Adams Brothers Accounting (FAX)2053979359 P.001/001

ADAMS BROTHERS PRODUCE PHONE:205-323-7161 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204
Sold To:
MILITAIRY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK, VA 23502
Telephone: (757) 858-0808

Page: 1
Invoice No: A887718
Invoice Date: 12/17/2006
Terms:NET 10 DAYS
Driver Initials:______________
Time In:______ Time Out:______
Sales Rep: CARL
PO:

*01-887718*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CS | APPLE FUJI 80 | 1028 | 26.95 | 26.95 |
| 3.00 | 3.00 | CS | APPLE GALA 80 | 1036 | 38.95 | 116.85 |
| 2.00 | 2.00 | CS | BERRY BLACKBERRY 12 CT | 1104 | 38.95 | 77.90 |
| 2.00 | 2.00 | CS | BERRY BLUEBERRY 12 CT | 1108 | 39.95 | 79.90 |
| 2.00 | 2.00 | CS | BERRY RASPBERRY 12 CT | 1112 | 38.95 | 77.90 |
| 5.00 | 5.00 | CS | BROCCOLI CROWNS | 2075 | 31.95 | 159.75 |
| 2.00 | 2.00 | CS | CELERY 3 DOZ | 2140 | 27.95 | 55.90 |
| 2.00 | 2.00 | CS | CUCUMBER EUROPEAN | 2175 | 29.95 | 59.90 |
| 3.00 | 3.00 | CS | CUCUMBER SELECT | 2185 | 24.95 | 74.85 |
| 5.00 | 5.00 | CS | GRAPE RED SEEDLESS 18# | 1168 | 38.75 | 193.75 |
| 5.00 | 5.00 | CS | GRAPE WHITE SEEDLESS 18# | 1172 | 38.75 | 193.75 |
| 2.00 | 2.00 | CS | LEMON CH 165 | 1224 | 28.95 | 57.90 |
| 5.00 | 5.00 | CS | LETTUCE CELLO 24 | 2300 | 28.95 | 144.75 |
| 1.00 | 1.00 | CS | LETTUCE GREEN LEAF PREMIUM | 2320 | 20.95 | 20.95 |
| 1.00 | 1.00 | CS | LETTUCE RED LEAF LINER | 2345 | 26.95 | 26.95 |
| 2.00 | 2.00 | CS | LETTUCE ROMAINE PREMIUM | 2350 | 28.95 | 57.90 |
| 1.00 | 1.00 | CS | LIMES 40# | 1268 | 36.95 | 36.95 |
| 4.00 | 4.00 | CS | ONION GREEN ICELESS | 2375 | 25.95 | 103.80 |
| 2.00 | 2.00 | CS | ORANGE CA 56 | 1288 | 27.95 | 55.90 |
| 4.00 | 4.00 | CS | PEPPER GREEN LARGE CHOP 25# | 2505 | 19.95 | 79.80 |
| 2.00 | 2.00 | CS | SQUASH YELLOW MEDIUM | 2775 | 20.95 | 41.90 |
| 2.00 | 2.00 | CS | SQUASH ZUCCHINI MEDIUM | 2790 | 23.95 | 47.90 |
| 2.00 | 2.00 | CS | TOMATO 4X5 REPACK | 1722 | 19.95 | 39.90 |
| 4.00 | 4.00 | CS | TOMATO GRAPE RED 12 PT | 1836 | 19.95 | 79.80 |
| 2.00 | 2.00 | CS | TOMATO ROMA 25# | 1852 | 23.95 | 47.90 |

RECEIVED
DEC 17 2006

Bobby O'Neal    BOBBY O'NEAL

*01-887718*

SUBTOTAL: 1959.70
TAX: 0.00
TOTAL: 1959.70

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS BROTHERS PRODUCE PHONE:205-323-7151 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204

Page: 1
Invoice No: A888550
Invoice Date: 12/20/2006
Terms:NET 10 DAYS

Sold To:
MILITAIRY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK,VA 23502
Telephone: (757) 858-0808

Driver Initials:______________
Time In:______ Time Out:______
Sales Rep: CARL
PO:Redstone

*01-888550*

| ORD QTY | SHIP QTY UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 8.00 | 8.00 CS | POTATO IDAHO 20# BAG | 2572 | 13.25 | 106.00 |
| 5.00 | 5.00 CS | POTATO RED 10/5# | 2580 | 19.25 | 96.25 |
| 5.00 | 5.00 CS | POTATO RED 5/10# | 2585 | 18.75 | 93.75 |
| 10.00 | 10.00 CS | POTATO RUSSET 60 | 2612 | 18.50 | 185.00 |
| 15.00 | 15.00 CS | POTATO SWEET #1 | 2640 | 23.25 | 348.75 |
| 8.00 | 8.00 CS | POTATO YUKON 10/5# | 2659 | 12.75 | 102.00 |
| 5.00 | 5.00 CS | SQUASH YELLOW FANCY | 2770 | 27.25 | 136.25 |
| 5.00 | 5.00 CS | SQUASH ZUCCHINI FANCY | 2785 | 26.75 | 133.75 |
| 8.00 | 8.00 CS | TOMATO 12/6 PK | 1710 | 18.50 | 148.00 |
| 8.00 | 8.00 CS | TOMATO 4X5 REPACK | 1722 | 19.25 | 154.00 |

Deliver to Redstone Commissary

RECEIVED
DEC 20 2006

Bobby O'Neal          Bobby O'Neal

*01-888550*

SUBTOTAL: 1503.75
TAX: 0.00
TOTAL: 1503.75

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS BROTHERS PRODUCE PHONE:205-323-7161 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204

Page: 1
Invoice No: A898721
Invoice Date: 02/01/2007
Terms:NET 10 DAYS

Sold To:
MILITARY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK, VA 23502
Telephone: (757) 858-0008

Driver Initials:__________
Time In:______ Time Out:______
Sales Rep: CARL
PO:

*01-898721*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20.00 | 20.00 | CS | BANANA PREMIUM | 1096 | 23.50 | 470.00 |

DELIVER TO REDSTONE ARSENAL COMMISSARY

ADAMS PRODUCE CO.
FEB 01 2007
A/R SUBMITTED

Deorgia Kimbrough

R. Bixby Driver

*01-898721*

SUBTOTAL: 470.00
TAX: 0.00
TOTAL: 470.00

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS BROTHERS PRODUCE PHONE:205-323-7161 / FAX:205-251-4867
302 FINLEY AVENUE WEST
BIRMINGHAM, AL 35204

Page: 1
Invoice No: A905683
Invoice Date: 02/27/2007
Terms:NET 10 DAYS
Driver Initials:________
Time In:______ Time Out:______
Sales Rep: CARL
PO:

Sold To:
MILITARY PRODUCE GROUP
1106 ENGLESIDE ROAD

NORFOLK,VA 23502
Telephone: (757) 858-0808

* 0 1 - 9 0 5 6 8 3 *

| ORD QTY | SHIP QTY UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 10.00 | 10.00 CS | GRAPE RED SEEDLESS 18# | 1160 | 26.90 | 269.00 |
| 10.00 | 10.00 CS | GRAPE WHITE SEEDLESS 18# | 1172 | 26.15 | 261.50 |

DELIVER TO REDSTONE ARSENAL

* 0 1 - 9 0 5 6 8 3 *

SUBTOTAL: 530.50
TAX: 0.00
TOTAL: 530.50

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# Crestview Produce of Destin

# Summary Invoice Register

From 11/01/2006 To 02/27/2007, By Shipto, Order By Cust #, No Costs, Invoices and Credits

| Invoice | SO # | Status | | Amount | Tax | Net Amt |
|---|---|---|---|---|---|---|
| **MPG / EGLCOM - EGLIN COMMISSARY** | | | | | | |
| 500308 | 475356 | X | 11/07/2006 | $253.35 | $0.00 | $253.35 |
| 517382 | 493861 | X | 01/06/2007 | $171.50 | $0.00 | $171.50 |
| 517796 | 494271 | O | 01/08/2007 | $424.10 | $0.00 | $424.10 |
| 518419 | 494925 | X | 01/10/2007 | $154.55 | $0.00 | $154.55 |
| 528944 | 507049 | O | 02/15/2007 | $107.50 | $0.00 | $107.50 |
| | | | | $1111.00 | $0.00 | $1111.00 |
| **MPG / TYNDALL - TYNDALL COMMISSARY** | | | | | | |
| 503718 | 479086 | X | 11/18/2006 | $1306.25 | $0.00 | $1306.25 |
| 524355 | 501208 | X | 01/31/2007 | $38.10 | $0.00 | $38.10 |
| | | | | $1344.35 | $0.00 | $1344.35 |
| **Report Totals** | | | | $2455.35 | $0.00 | $2455.35 |

CRESTVIEW PRODUCE PHONE:850-654-4404 / FAX:850-654-1797
239 MAIN STREET
DESTIN,FL 32541

Page: 1
Invoice No: E517382
Invoice Date: 01/06/2007
Terms:NET 10
Driver Initials:______________
Time In:______ Time Out:______
Sales Rep: CA
PO:

Sold To:
EGLIN COMMISSARY

EGLIN A.F.,FL
Telephone: (866) 340-3616

05-517382

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 12.00* | 0.00 | CS | BERRY,STRAW CA X FY 8/1# | 1116 | 36.95 | 0.00 |
| 5.00 | 5.00 | CS | PEAR D'ANJOU 110 CT | 1356 | 34.30 | 171.50 |

FAX A COPY OF INVOICE SIGNED BY RECEIVER TO MPG B'HAM.

05-517382

| | |
|---|---|
| SUBTOTAL: | 171.50 |
| TAX: | 0.00 |
| TOTAL: | 171.50 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

Crestview Produce of Destin

01/06/2007
09:10:56 AM
SROMSEY

Page: 1

Picking Ticket
Sales Order 493861 / Invoice 517382

MPG EGLIN COMMISSARY
EGLCOM

EGLIN A.F.,FL

Delivery 01/06/2007
Route 520
Sequence 01

Po #

*** REPRINT ***

| ITEM | BRK | UOM | CTN | DESCRIPTION | PICK QTY |
|---|---|---|---|---|---|
| 1116 | | CS | 12.00 | ~~BERRY,STRAW CA X FY 8/1#~~ | |
| 1356 | | CS | 5.00 | PEAR D'ANJOU 110 CT | |

06 Jan 07

Printed By: WROMSEY 01/06/2007 11:07:35 AM

CRESTVIEW PRODUCE PHONE:850-654-4404 / FAX:850-654-1797

239 MAIN STREET

DESTIN,FL 32541

Page: 1

Invoice No: E517796

Invoice Date: 01/08/2007

Terms:NET 10

Sold To:

EGLIN COMMISSARY

Driver Initials:______________

Time In:______ Time Out:______

Sales Rep: CA

EGLIN A.F.,FL

PO:

Telephone: (866) 340-3616

05-517796

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 8.00 | 8.00 | CS | BANANA PREMIUM | 1096 | 18.95 | 151.60 |
| 10.00 | 10.00 | CS | TOMATO GRAPE 12 PT | 1836 | 18.95 | 189.50 |
| 4.00 | 4.00 | CS | TOMATO ROMA 25# | 1852 | 20.75 | 83.00 |

FAX A COPY OF INVOICE SIGNED BY RECEIVER TO MPG B'HAM.

05-517796

| | |
|---|---|
| SUBTOTAL: | 424.10 |
| TAX: | 0.00 |
| TOTAL: | 424.10 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

Crestview Produce of Destin

01/08/2007 Page: 1
07:41:56 AM
TFORTENBER

Picking Ticket
Sales Order 494271 / Invoice 517796

MPG EGLIN COMMISSARY Delivery 01/08/2007
EGLCOM Route 521
Sequence 07

EGLIN A.F.,FL Po #

*** REPRINT ***

| ITEM | BRK | UOM | CTN | DESCRIPTION | PICK QTY |
|---|---|---|---|---|---|
| 1096 | | CS | 8.00 | BANANA PREMIUM | |
| 1836 | | CS | R/8 ~~10.00~~ | TOMATO GRAPE 12 PT | |
| 1852 | | CS | 4.00 | TOMATO ROMA 25# | |

8JAN07

Printed By: TFORTENBERRY 01/08/2007 10:26:03 AM

CRESTVIEW PRODUCE PHONE:850-654-4404 / FAX:850-654-1797
239 MAIN STREET
DESTIN,FL 32541
Sold To:
EGLIN COMMISSARY

EGLIN A.F.,FL
Telephone: (866) 340-3616

05-518419

Page: 1
Invoice No: E518419
Invoice Date: 01/10/2007
Terms:NET 10
Driver Initials:____________
Time In:______ Time Out:______
Sales Rep: CA
PO:

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5.00 | 5.00 | CS | HONEYDEW 6 | 1192 | 22.95 | 114.75 |
| 1.00 | 1.00 | CS | JICAMA, 40# | 2275 | 39.80 | 39.80 |
| 3.00* | 0.00 | CS | PEAR D'ANJOU 110 CT | 1356 | 36.80 | 0.00 |

FAX A COPY OF INVOICE SIGNED BY RECEIVER TO MPG B'HAM.

05-518419

| | |
|---|---|
| SUBTOTAL: | 154.55 |
| TAX: | 0.00 |
| TOTAL: | 154.55 |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

CRESTVIEW PRODUCE PHONE:850-654-4404 / FAX:850-654-1797
239 MAIN STREET
DESTIN, FL 32541
Sold To:
EGLIN COMMISSARY

EGLIN A.F., FL
Telephone: ( ) -

Page: 1
Invoice No: E518419
Invoice Date: 01/10/2007
Terms:NET 10
Driver Initials:________
Time In:______ Time Out:______
Sales Rep: CA
PO:

* 0 5 - 5 1 8 4 1 9 *

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 5.00 ✓ | 5.00 | CS | HONEYDEW 6 | 1192 | 22.95 | 114.75 |
| 1.00 ✓ | 1.00 | CS | JICAMA, 40# | 2275 | 39.80 | 39.80 |
| 3.00 return | ~~3.00~~ | ~~CS~~ | ~~PEAR DIANJOU 110 CT~~ ordered wrong | ~~1356~~ | ~~36.80~~ | ~~110.40~~ |

FAX A COPY OF INVOICE SIGNED BY RECEIVER TO MPG B'HAM.

* 0 5 - 5 1 8 4 1 9 *

SUBTOTAL: ~~264.95~~
TAX: ~~0.00~~
TOTAL: ~~264.95~~

154.55

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

## Adams Produce Jackson

# Summary Invoice Register

From 11/01/2006 To 02/27/2007, By Shipto, Order By Cust #, No Costs, Invoices and Credits

| Invoice | SO # | Status | | Amount | Tax | Net Amt |
|---|---|---|---|---|---|---|
| **NASCOM /** | **- NAS MERIDIAN COMMISSARY(HQCSKH)** | | | | | |
| 229168 | 332885 | X | 01/29/2007 | $238.00 | $0.00 | $238.00 |
| | | | | $238.00 | $0.00 | $238.00 |
| | **Report Totals** | | | $238.00 | $0.00 | $238.00 |

ADAMS PRODUCE OF JACKSON PHONE:601-352-7541 / FAX:601-608-1086
352 WOODROW WILSON
JACKSON, MS 39216
Sold To:
NAS MERIDIAN COMMISSARY(HOCSKH)

MERIDIAN, MS 39309
Telephone: ( ) -

Page: 1
Invoice No: H229168
Invoice Date: 01/29/2007
Terms: Net 30 Days
Driver Initials:______
Time In:______ Time Out:______
Sales Rep: HOUS
PO:

*08-229168*

| ORD QTY | SHIP QTY UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 10.00 | 10.00 CS | BANANA PREMIUM | 1026 | 23.00 | 230.00 |

bill to Military Produce Group

Willie E Sainsbury 1-29-07

*08-229168*

SUBTOTAL: 230.00
TAX: 0.00
TOTAL: 230.00

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

# Adams Gulf Coast Pensacola

# Summary Invoice Register

From 11/01/2006 To 02/27/2007, By Shipto, Order By Cust #, No Costs, Invoices and Credits

| Invoice | SO # | Status | | Amount | Tax | Net Amt |
|---|---|---|---|---|---|---|
| **MILPRO / COMPEN - PENSACOLA COMMISSARY(MPG)** | | | | | | |
| 329113 | 232287 | X | 01/29/2007 | $285.45 | $0.00 | $285.45 |
| 329974 | 233491 | X | 02/04/2007 | $651.85 | $0.00 | $651.85 |
| 331587 | 236834 | O | 02/14/2007 | $990.00 | $0.00 | $990.00 |
| | | | | $1927.30 | $0.00 | $1927.30 |
| **MILPRO / EGLIN - EGLIN COMMISSARY** | | | | | | |
| 319789 | 222150 | X | 11/20/2006 | $731.80 | $0.00 | $731.80 |
| 321618 | 224106 | X | 12/04/2006 | $673.75 | $0.00 | $673.75 |
| 321762 | 224268 | X | 12/05/2006 | $555.85 | $0.00 | $555.85 |
| | | | | $1961.40 | $0.00 | $1961.40 |
| **Report Totals** | | | | $3888.70 | $0.00 | $3888.70 |

ADAMS GULF COAST PHONE:850-469-1996 / FAX:850-469-9076
REMITTANCE: PO BOX 2682
BIRMINGHAM, AL 35202

Page: 1
Invoice No: F329113
Invoice Date: 01/29/2007
Terms:COD
Driver Initials:
Time In: 1:29 Time Out:
Sales Rep: MARK
PO:

Sold To:
PENSACOLA COMMISSARY(MPG)
CORRY STATION

PENSACOLA, FL
Telephone: (850) 452-6880

*06-329113*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 1.00 | 1.00 | HLF | BANANA PLANTAIN 50# | 1092 | 23.60 | 23.60 |
| 1.00 | 1.00 | CS | CABBAGE SAVOY | 2110 | 32.80 | 32.80 |
| 4.00 | 4.00 | CS | MUSHROOM, 2" SPECIAL 10# | 6254 | 23.80 | 95.20 |
| 2.00 | 2.00 | CS | TOMATO 4X5 REPACK | 1722 | 32.50 | 65.00 |
| 3.00 | 3.00 | CS | TOMATO GRAPE 12 PT | 1836 | 22.95 | 68.85 |

JBrown
1-29-07

*06-329113*

SUBTOTAL: 285.45
TAX: 0.00
TOTAL: 285.45

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS GULF COAST PHONE:850-469-1996 / FAX:850-469-9076
REMITTANCE: PO BOX 2682
BIRMINGHAM, AL 35202

Page: 1
Invoice No: F329974
Invoice Date: 02/04/2007
Terms:COD

Sold To:
PENSACOLA COMMISSARY(MPG)
CORRY STATION

PENSACOLA, FL
Telephone: (850) 452-6880

Driver Initials:______________
Time In:______ Time Out:______
Sales Rep: MARK
PO:

* 0 6 - 3 2 9 9 7 4 *

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 3.00 | 3.00 | CS | ONION YELLOW JBO 50# | 2435 | 28.95 | 86.85 |
| 20.00 | 20.00 | CS | PEPPER GREEN LGR CHOP 25# | 2505 | 28.25 | 565.00 |

deliver to Pensacola Commissary Produce Department

2-4-07

[signature]

* 0 6 - 3 2 9 9 7 4 *

SUBTOTAL: 651.85
TAX: 0.00
TOTAL: 651.85

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS GULF COAST PHONE:850-469-1996 / FAX:850-469-9076
REMITTANCE: PO BOX 2582
BIRMINGHAM, AL 35202

Page: 1
Invoice No: F331587
Invoice Date: 02/14/2007
Terms:COD
Driver Initials: DLS
Time In: 1513 Time Out: 1517
Sales Rep: MARK
PO.

Sold To:
PENSACOLA COMMISSARY(MPG)
CORRY STATION

PENSACOLA,FL
Telephone: (850) 452-5802

*06-331587*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 40.00 | 40.00 | CS | BANANA PREMIUM | 1096 | 24.75 | 990.00 |

2/14/07

*06-331587*

SUBTOTAL: 990.00
TAX: 0.00
TOTAL: 990.00

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS GULF COAST PHONE:850-469-1996 / FAX:850-469-9076
560 EAST HEINBERG ST
PENSACOLA, FL 32502

Page: 1
Invoice No: F319789
Invoice Date: 11/20/2006
Terms:COD

Sold To:
Eglin Commissary

Driver Initials:________
Time In:______ Time Out:______
Sales Rep: MARK
PO:

,
Telephone: (850) 884-5474

*06-319789*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CS | BEANS, GREENLINE 2/5# | 7200 | 28.95 | 57.90 |
| 4.00 | 4.00 | CS | ONION GREEN ICELESS | 2375 | 29.95 | 119.80 |
| 2.00 | 2.00 | CS | ONION SWEET PERU 40# | 2395 | 36.80 | 73.60 |
| 10.00 | 10.00 | CS | POTATO IDAHO 60 | 2562 | 23.10 | 231.00 |
| 10.00 | 10.00 | CS | POTATO SWEET #1 | 2640 | 24.95 | 249.50 |

*06-319789*

SUBTOTAL: 731.80
TAX: 0.00
TOTAL: 731.80

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS GULF COAST PHONE:850-469-1996 / FAX:850-469-9076
560 EAST HEINBERG ST
PENSACOLA, FL 32502

Page: 1
Invoice No: F321618
Invoice Date: 12/04/2006
Terms:COD
Driver Initials:__________
Time In:______ Time Out:______
Sales Rep: MARK
PO:

Sold To:
Eglin Commissary

Telephone: (850) 884-5474

*06-321618*

| ORD QTY | SHIP QTY | UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 4.00 | 4.00 | CS | APPLE GALA 80 XFY | 1036 | 48.25 | 193.00 |
| 3.00 | 3.00 | CS | AVOCADO HASS 60 CT | 2030 | 42.10 | 126.30 |
| 6.00 | 6.00 | CS | BANANA PREMIUM | 1096 | 18.95 | 113.70 |
| 1.00 | 1.00 | CS | BEANS, GREENLINE 2/5# | 7200 | 28.95 | 28.95 |
| 4.00 | 4.00 | CS | CELERY 3 DOZ | 2140 | 29.95 | 119.80 |
| 3.00 | 3.00 | CS | PEAR D'ANJOU 110 CT | 1356 | 51.10 | 153.30 |
| 2.00 | 2.00 | CS | SPROUTS BEAN 5# | 7550 | 11.45 | 22.90 |
| 2.00 | ~~2.00~~ ϕ | CS | SQUASH YELLOW MEDIUM | 2775 | 16.80 | 33.60 |

L. McCormack
11-4-06

6375

*06-321618*

| | |
|---|---|
| SUBTOTAL: | ~~791.55~~ |
| TAX: | ~~0.00~~ |
| TOTAL: | ~~791.55~~ |

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

ADAMS GULF COAST
560 EAST HEINBERG ST
PENSACOLA, FL 32502
PHONE:850-469-1996 / FAX:850-469-9076

Page: 1
Invoice No: F321762
Invoice Date: 12/05/2006
Terms:COD
Driver Initials:______________
Time In:______ Time Out:______
Sales Rep: MARK
PO:

Sold To:
EGLIN COMMISSARY

EGLIN AFB,FL
Telephone: (850) 884-5474

* 06-321762 *

| ORD QTY | SHIP QTY UOM | DESCRIPTION | ITEM | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|
| 2.00 | 2.00 CS | BABY BOK CHOY 30# | 7040 | 52.40 | 104.80 |
| 1.00 | 1.00 CS | CABBAGE RED CRTN | 2105 | 23.95 | 23.95 |
| 8.00 | 8.00 CS | CUCUMBER SELECT | 2185 | 21.95 | 175.60 |
| 1.00 | 1.00 CS | DAIKON 40# | 7240 | 44.15 | 44.15 |
| 1.00 | 1.00 CS | HORSERADISH ROOT, 50# #2 | 2270 | ~~225.95~~ | 36.10 ~~225.95~~ |
| 1.00* | 0.00 CS | JICAMA, 40# | 2275 | ~~107.00~~ | 0.00 |
| 3.00 | 3.00 CS | ONION RED JBO 25# | 2385 | 18.45 | 55.35 |
| 1.00 | 1.00 CS | PARSNIPS 12/1# | 7455 | 34.50 | 34.50 |
| 1.00 | 1.00 CS | PEA, SNOW 10# | 2465 | 32.75 | 32.75 |
| 1.00 | 1.00 CS | PEA, SUGAR SNAP STRINGLESS 10# | 2470 | 31.65 | 31.65 |
| 1.00 | 1.00 CS | PEPPER HABANERO 8# | 2515 | 41.30 | 41.30 |
| 1.00 | 1.00 CS | RUTABAGA WAX 50# | 2690 | 34.15 | 34.15 |
| 1.00 | 1.00 CS | WATERCRESS 12'S Return bad | 2810 | 22.40 | 22.40 |
| 1.00 | 1.00 CS | YUCCA ROOT 40# | 2825 | 27.00 | 27.00 |

Jocelyne Anderson
December 5, 2006

55585

* 06-321762 *

SUBTOTAL: 663.70 ~~853.55~~
TAX: 0.00
TOTAL: ~~853.55~~

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5C OF THE PERISHABLEAGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499(e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.