# ATTACHMENT 2

# In the United States Court of Federal Claims

EMERALD COAST FINEST PRODUCE )
COMPANY, INCPORATED )
)
Plaintiff )
)
V. )
) BID PROTEST
THE UNITED STATES ) NO.06-742C
) Judge Hewitt
)
Defendant )
)
And )
)
MILITARY PRODUCE GROUP,LLC )
)
Defendant-Intervenor )

## Declaration

1- I, Michael L Murphy, called a Mr. Harris listed as President of Military Produce Group, LLC in the Summer of 2006 to discuss a possible teaming arrangement with his company on Area 5 of the FF&V DeCA solicitation as rumors abounded in the industry that MPG had the award "in the bag" prior to DeCA award. Mr. Harris returned my call and stated explicitly that MPG needed no help in performing the contract. He was very confidant that MPG would be awarded the contract.

2- I further explained that Emerald Coast had given up to twice a day service to the commissaries on the Gulf Coast and they were used to a very high level of service. He again declined our offer.

3- In the first week of October of 2006 employees of MPG in Birmingham, Alabama began calling Emerald Coast multiple times a day at first asking and then demanding that we make deliveries to Commissaries in our area. We explained that we had no teaming arrangement with MPG and it would be illegal for us to perform a service for them. MPG persisted in their request for our service through out the month of October and until we filed a complaint in the U.S. Court of Federal Claims.

4- WE did ship an order to Keesler AFB in Biloxi on October 7, 2006 as they were in dire need of merchandise.

I declare under penalty of perjury that the above statement is true and correct.
Executed on March 8, 2007.

Michael L Murphy
Executive Vice President
Emerald Coast Finest Produce