# ATTACHMENT 3

# Declaration

Florida Produce of Hillsborough County Inc. , Tampa Florida has been delivering FF&V to the Commissary Store at Macdill AFB Tampa Florida since October 2006, Invoicing Military Produce Group for the product that we deliver. The latest delivery being made on JANURARY 22,2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Feburary 26 2007.

Michael R. Mauricio, PRESIDENT 2-28-07

MICHAEL R. MAURICIO

PRESIDENT
FLORIDA PRODUCE OF HILLSBOROUGH COUNTY INC.
3112 E. Hillsborough Ave.
Tampa Florida 33610

# FLORIDA PRODUCE

**of Hillsborough County, Inc.**
**Wholesale Fresh Fruits & Vegetables**
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
**(813) 237-8888 (813) 237-6644**

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | 1/22/07 |

NAME: MILITARY PRODUCE GROUP

ADDRESS: MACDILL AFB COMMISSARY TAMPA, FL.

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| [signature] | | | ⊗ | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 16 | BROCCOLI CROWNS 20# | 29.50 | 472.00 |
| | | TAX | Ø |
| | | TOTAL | |

Authenticated By: MAT
Date: 1-22-07
Number of Pages:

RECEIVED BY: [signature] 1/22/07

All claims and returned goods MUST be accompanied by this bill.

Thank You

82543

85792

Feb. 27 2007 08:31AM P7

FAX NO. :

FROM :

(56)

# FLORIDA PRODUCE

of Hillsborough County, Inc.
Wholesale Fresh Fruits & Vegetables
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
(813) 237-8888 (813) 237-6644

| CUSTOMER'S ORDER NO. | PHONE | DATE 11-21-06 |
|---|---|---|

NAME: MILITARY

ADDRESS: PRODUCE GROUP

MACDILL A.F.B. COMMISSARY TAMPA, FL

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| G | | | X | | | |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 40 | 16536 | Potato Sweet-Premium 40# | 23.00 | 920.00 |
| 3 | 16436 | Parsley 15# | 28.00 | 84.00 |
| 3 | 16666 | Rutabaga - Bulk 50# | 22.00 | 66.00 |
| 10 | 16596 | Potato Gold 10/5# 50# | 19.00 | 190.00 |
| | | | TAX | |
| | | | TOTAL | 1260.00 |

Authenticated By: MAFT
Date: 11-21-06
Number of Pages:

RECEIVED BY: [signature] 11-21-06

All claims on returned goods MUST be accompanied by this bill.

Thank You

85675

No 24541

FROM : FAX NO. : Feb. 27 2007 08:30AM P5

(10)

# FLORIDA PRODUCE

**of Hillsborough County, Inc.**
**Wholesale Fresh Fruits & Vegetables**
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
**(813) 237-8888 (813) 237-6644**

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| ORDERED BY KC | | 11-7-06 |

NAME: MILITARY

ADDRESS: PRODUCE GROUP
MACDILL A.F.B. COMMISSARY TAMPA FL

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT | |
|---|---|---|---|---|---|---|---|
| G | | | X | | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 | 16536 #1 SWEET POTATO 40# | 25.00 | 1000.00 |
| 30 | 16435 #3 ONION 48# | 16.50 | 495.00 |

Authenticated By: MAT
Date: 11-7-06
Number of Pages

TAX

RECEIVED BY [signature]

TOTAL 1495.00

All claims and retu...
MUST be accompanied by ...

Thank You

D 21226

Feb. 27 2007 08:30AM P4

FAX NO. :

FROM :

# FLORIDA PRODUCE

**of Hillsborough County, Inc.**
**Wholesale Fresh Fruits & Vegetables**
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
(813) 237-8888 (813) 237-6644

(X)

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | 11-6-06 |

NAME: MILITARY

ADDRESS: PRODUCE GROUP
MACDILL A.F.B. COMMISSARY TAMPA FL

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| GREG | | | X | | | |

| QTY | DESCRIPTION | | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 6 | 16140 | CELERY CELLO | 45# | 32.00 | 192.00 |
| 4 | 16160 | CELERY HEART 18/1# | 18# | 30.00 | 120.00 |
| 3 | 16105 | CARROT 2# CELLO | 48# | 22.00 | 66.00 |
| 6 | 16123 | GREEN PEPPER XLG | 23# | 18.00 | 108.00 |
| 6 | 16050 | BROCCOLI CROWNS | 20# | 22.00 | 132.00 |
| 1 | 16320 | RED LEAF LETTUCE | 15# | 19.50 | 19.50 |
| 1 | 16654 | ROMAINE LETTUCE | 35# | 21.00 | 21.00 |
| 6 | 16015 | ASPARAGUS | 11# | 24.00 | 144.00 |
| 1 | 16266 | KALE-BUNCHED | 20# | 18.00 | 18.00 |
| 2 | 16506 | RED PEPPER | 11# | 35.00 | 70.00 |
| 1 | 16497 | YELLOW PEPPER | 11# | 32.00 | 32.00 |
| 1 | 16093 | CABBAGE SAVOY | 35# | 19.00 | 19.00 |
| 2 | 16395 | ONION RED LOOSE | 25# | 16.00 | 32.00 |
| 1 | 16415 | ONION DRY WHITE | 50# | N/A | N/A |
| | | | | TAX | |
| | | | | TOTAL | 973.50 |

RECEIVED BY [signature] 11/6/06

All claims and returned goods MUST be accompanied by this bill.

n 02214

Feb. 27 2007 08:29AM P3

FAX NO. :

(3)

# FLORIDA PRODUCE

**of Hillsborough County, Inc.**
**Wholesale Fresh Fruits & Vegetables**
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
**(813) 237-8888 (813) 237-6644**

| CUSTOMER'S ORDER NO. | PHONE | DATE 11-6-06 |
|---|---|---|

NAME: MILITARY

ADDRESS: PRODUCE GROUP

MACDILL A.F.B. COMMISSARY TAMPA FL

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| GREG | | | X | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 16243 EGGPLANT CHINESE 35# | N/A | N/A |
| 3 | 16130 CAULIFLOWER 18# | 18.00 | 54.00 |
| | | TAX | |
| RECEIVED BY [signature] 11/6/06 | | TOTAL | 54.00 |

Authenticated By: [signature]
Dat
Nuber of Pages:

All claims and returned goods MUST be accompanied by this bill.

Thank You

FROM :

2421

# FLORIDA PRODUCE

**of Hillsborough County, Inc.**
**Wholesale Fresh Fruits & Vegetables**
3112 E. Hillsborough Ave.
P.O. Box 310800 Tampa, Florida 33680
**(813) 237-8888 (813) 237-6644**

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| | | 10-19-2006 |

NAME MPG

ADDRESS MacDill AFB, Commissary

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | ✓ | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10. | CALF. Iceberg Lettuce | 17.00 | 170.00 |
| | | TAX | |
| | | TOTAL | 170.00 |

Authenticated By: [signature]
Date: 10-19-06
Number of Pages: ______

RECEIVED BY [signature]

All claims on returned goods MUST be accompanied by this bill. [illegible]

Thank You

C 85227