# ATTACHMENT 4

To whom it may concern:

I declare under penalty of perjury that the foregoing is true and correct.

East Coast Fruit Company, Jacksonville, Florida has been delivering FF&V to the Commissary Stores at Mayport and NAS in Jacksonville since October 2006, invoicing Military Produce Group for the product that we deliver. The latest delivery being made on February 22, 2006.

Executed on February 23, 2007

Richard S. Passink
Vice President
East Coast Fruit Company, Inc.