# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: March 14, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

## ORDER

It has come to the court's attention that plaintiff inadvertently did not file under seal its Motion for Leave to File Amended and Restated Complaint and Memorandum in Support of the Motion for Leave to File (motion). Plaintiff has since filed a redacted version of its motion.

The clerk is instructed to place plaintiff's motion UNDER SEAL. The parties shall treat their copies of that motion as if it had been filed under seal.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge