# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: May 30, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

## ORDER

Pursuant to a telephonic status conference held by the court on May 29, 2007, plaintiff shall file its revised motion for judgment on or before Friday, June 8, 2007. Defendant and defendant-intervenor shall file responses to plaintiff's motion and file their own motions for judgment on or before Monday, June 25, 2007. Plaintiff shall file its reply and its response to defendant's and defendant-intervenor's motions on or before Friday, July 6, 2007. Defendant and defendant-intervenor shall file their replies to plaintiff's response on or before Friday, July 27, 2007.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge