IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EMERALD COAST FINEST PRODUCE CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-742C |
| | ) | (Judge Emily Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MILITARY PRODUCE GROUP, LLC, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

DEFENDANT'S UNOPPOSED OUT-OF-TIME MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court extend the time by 16 days, or to and including July 11, 2007, for the defendant to file its opposition to plaintiff's motion for judgement upon the administrative record and its motions for judgement upon the administrative record. Pursuant to this Court's May 30, 2007 order, the Government's opposition and motion weres due on June 25, 2007. This is defendant's first motion for this purpose. Plaintiff's counsel and counsel for the defendant-intervenor have indicated that they do not oppose the granting of this motion.

Government counsel was out of the office due to illness from June 21, 2007, to June 26, 2007. Additional time is needed to prepare the motion because Government counsel has been involved in extensive settlement negotiations in an effort to resolve the case of Environmental Tectonics Corporation v. United States, 05-746C, scheduled for a two-week trial before Judge Braden on July 9, 2007. Plaintiff in that case has agreed to dismiss its $8 million complaint with prejudice, and Government counsel has agreed to recommend the acceptance of plaintiff's

proposal to settle the Government's counterclaims in fraud.

Based upon the above, it is respectfully requested that defendant's unopposed out-of-time motion for a 16-day extension of time for the parties to file motions for judgement upon the administrative record be granted, thereby extending that deadline until July 11, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., NW
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

OF COUNSEL:

ELLIOT CLARK
Assistant General Counsel
Defense Commissary Agency
1300 E Ave
Fort Lee, VA 23801-1800

June 27, 2007