# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: June 28, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

## ORDER

Before the court is Defendant's Unopposed Out-of-Time Motion for Extension of Time (Motion), in which defendant requests that the court extend the time by sixteen days, or to and including July 11, 2007, for defendant to file its opposition to plaintiff's motion for judgment upon the administrative record and its motions for judgment on the administrative record. Motion 1. Pursuant to the court's May 30, 2007 order, defendant's and defendant-intervenor's oppositions and motions were due on June 25, 2007. See Order of May 30, 2007. Defendant-intervenor filed its opposition and motion on June 25, 2007. See Defendant-Intervenor's Opposition to Plaintiff's Revised Motion for Judgment on the Administrative Record and Revised Cross-Motion for Judgment on the Administrative Record. Defendant represents that plaintiff's counsel and counsel for defendant-intervenor have indicated that they do not oppose the granting of defendant's motion. Motion 1.

Based on the foregoing, defendant shall file its opposition to plaintiff's motion for judgment upon the administrative record and its motion for judgment on the administrative record on or before Wednesday, July 11, 2007. Plaintiff shall file its reply and its response to defendant's and defendant-intervenor's motions on or before Monday, July 23, 2007. Defendant and defendant-intervenor shall file their replies to plaintiff's response on or before Monday, August 13, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge