# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: July 23, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

ORDER

The stay of the case contained in the court's order of January 26, 2007 shall be deemed lifted, as provided in that order, on February 22, 2007.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge