# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: August 17, 2007)

EMERALD COAST FINEST PRODUCE CO. INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

## ORDER

Further to the parties' revised motions and cross-motions for judgment on the Administrative Record, a telephonic oral argument shall be held on Tuesday, August 28, 2007 at 3:00 p.m. EDT. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge