# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: September 7, 2007)

EMERALD COAST FINEST PRODUCE CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

ORDER

The court held an informal, unrecorded telephonic status conference (TSC) with the parties on Thursday, September 6, 2007. During the TSC, the parties informed the court that Emerald Coast Finest Produce Company, Inc. (Emerald Coast) had sold assets to another corporation. The parties disputed whether Emerald Coast is a party that can continue to pursue this bid protest. The court ordered briefing from the parties on this issue in accordance with the following schedule: plaintiff shall file its brief on or before Tuesday, September 11, 2007. Defendant and defendant-intervenor shall file their responses on or before Wednesday, September 26, 2007. Plaintiff shall file its reply, which shall be within the scope of the arguments it presented in its opening brief, on or before Friday, October 12, 2007. Any evidence offered shall be attached to briefing in an appendix and shall conform to the requirements of the first two sentences of Rule 56(e) of the Rules of the United States Court of Federal Claims. Evidence and briefing filed pursuant to this order shall not be filed under seal.

The court also notes that, during the TSC, plaintiff withdrew its request for injunctive relief. Plaintiff now seeks only monetary relief in the form of bid preparation costs and attorney's fees.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge