# ATTACHMENT 1

BLUE BOOK SERVICES
845 E. GENEVA ROAD
CAROL STREAM, IL 60188
Phone 630 668-3500
FAX 630 668-0303
Email info@bluebookprco.com
Web Site www.bluebookprco.com

# BLUE BOOK SERVICES

## Business Report on Emerald Coast Finest Produce Company

Information available through 08/30/2007

This company is no longer listed in the Blue Book.
See Business Background for more details.

© 2007 Produce Reporter Company
This COMPLETE BUSINESS REPORT is provided to the subscriber under the terms of the Membership Agreement and is IN CONFIDENCE, for the subscriber's exclusive use, without recourse and without guarantee of correctness. Trade experience information may include disputed items, skipped invoices or other extenuating circumstances.

**BB # 166906**

**Emerald Coast Finest Produce Company**
**Pensacola, Florida USA**

**Addresses:**

257 Amber St.
Pensacola, Florida 32503-2208
USA

**Business Ownership:**

Undisclosed, 100.00%

**Phone Numbers / E-mail Addresses:**

**Phone:** 850 438-6993
**FAX:** 850 438-6747

# RATING HISTORY

**Current HQ Rating:**

(113)
(unchanged since 06/13/2007)

**HQ Rating Trend:**

| Date: | New Rating: |
|---|---|
| 06/13/2007 | (113) |
| 11/30/2006 | (86)(40) E |
| 11/03/2006 | (13)(86)(40) E |
| 05/24/2006 | (86)(40) E |
| 05/09/2006 | (85)(132)(40) |
| 08/15/2005 | XX147(40) E |
| 07/06/2005 | (79) XX147(40) E |
| 06/22/2004 | (68) XX147(40) E |
| 05/12/2004 | (76)(27)(40) |
| 04/19/2004 | XXX(40) D |
| 11/12/2003 | XXX D |
| 02/12/2003 | XXX (81) |
| 12/19/2001 | (60)(83) |

**Current Rating Definitions:**

(113) = Reported suspended operations; obligations reported not fully liquidated.

A complete list of Blue Book rating definitions can be accessed at
http://www.bluebookprco.com/Common/readeval_interpret.asp

# TRADE REPORT SUMMARY







# TRADE REPORT DETAILS

Integrity/ability ratings and pay descriptions (where appropriate) reflect the experience of those who have reported dealings with the subject company. Blue Book ratings are not based solely on trading experience report averages; rather, experienced rating and financial analysts also take into consideration other important factors such as the trend of trading experiences reported over time. If you have any questions about the Trade Report Summary or Trade Report Details in this Business Report, please contact the Blue Book Information & Service Center. For definitions of symbols and terminology, go to
http://www.bluebookprco.com/Common/traderep_defs.asp

**Reports From Produce Connections**

| Report Date | | Last Dealt (in months) | Integrity/Ability | Average Pay (in days) | High Credit (in $) | Credit Terms (in days) |
|---|---|---|---|---|---|---|
| 07/26/2007 | | 1-6 Months | | 46-60 (E) | 100-250M | |
| 07/18/2007 | | 7-12 Months | X | | | |
| 07/16/2007 | | | XX | 60+ (F) | 75-100M | |
| 07/03/2007 | | | XXX | 29-35 (C) | 50-75M | |

Business Report on Emerald Coast Finest Produce Company BB #: 166906

| Report Date | Last Dealt (in months) | Integrity/Ability | Average Pay (in days) | High Credit (in $) | Credit Terms (in days) |
|---|---|---|---|---|---|
| **Reports From Produce Connections** | | | | | |
| 06/01/2007 | | XXX | | 10-50M | |
| 05/02/2007 | | X | | | |
| 02/13/2007 | 1-6 Months | XXX | 29-35 (C) | | |
| 12/11/2006 | 1-6 Months | XXX | 46-60 (E) | 75-100M | 21 Days |
| 11/13/2006 | | XX | 60+ (F) | | 30 Days |
| 11/07/2006 | 1-6 Months | | 29-35 (C) | 75-100M | |
| 11/06/2006 | 1-6 Months | XX | 36-45 (D) | 5-10M | 10 Days |
| 11/03/2006 | 1-6 Months | XXX | 29-35 (C) | 100-250M | 30 Days |
| 11/03/2006 | 1-6 Months | | 60+ (F) | 5-10M | 10 Days |
| 11/03/2006 | 1-6 Months | XXX | 36-45 (D) | 75-100M | 21 Days |
| 06/27/2006 | | XX | | | |
| 06/27/2006 | | X | | | |
| 06/07/2006 | | | 46-60 (E) | 10-50M | |
| 06/07/2006 | | XX | 60+ (F) | 50-75M | |
| 06/01/2006 | | XXX | 22-28 (B) | | |
| 05/31/2006 | | X | 60+ (F) | 50-75M | |
| 05/26/2006 | 1-6 Months | XXX | 10 Days (AA) | | 10 Days |
| 05/26/2006 | | XX | 46-60 (E) | 5-10M | |
| 05/26/2006 | | XXX | 29-35 (C) | 75-100M | |
| 05/23/2006 | | XX | 60+ (F) | 10-50M | |
| 05/23/2006 | 1-6 Months | | 22-28 (B) | 75-100M | |
| 05/22/2006 | | XXXX | 22-28 (B) | 5-10M | |
| 05/17/2006 | 7-12 Months | XXX | 36-45 (D) | | 21 Days |
| 05/17/2006 | 1-6 Months | XXXX | 36-45 (D) | Over 250M | 10 Days |
| 05/17/2006 | 1-6 Months | XX | 46-60 (E) | | 30 Days |
| 05/17/2006 | 1-6 Months | XXX | 29-35 (C) | | 10 Days |
| 05/17/2006 | 1-6 Months | XXX | 36-45 (D) | | 30 Days |
| 05/17/2006 | 1-6 Months | XXXX | 29-35 (C) | | 30 Days |
| 05/10/2006 | 1-6 Months | XXX | 60+ (F) | 100-250M | 30 Days |
| 05/09/2006 | | | 60+ (F) | | |
| 05/09/2006 | 1-6 Months | X | 60+ (F) | | |
| 05/09/2006 | 1-6 Months | X | | | |
| 05/09/2006 | 1-6 Months | XX | | | |
| 05/09/2006 | 1-6 Months | XX | 46-60 (E) | 50-75M | 21 Days |
| 05/04/2006 | 1-6 Months | XXX | 36-45 (D) | | |
| 04/28/2006 | 1-6 Months | XXX | 29-35 (C) | 100-250M | |
| 04/19/2006 | 1-6 Months | XXXX | 29-35 (C) | 75-100M | 30 Days |
| **Reports From Transportation Connections** | | | | | |
| **Report Date** | **Last Dealt (in months)** | **Integrity/Ability** | **Average Pay (in days)** | **High Credit (in $)** | **Credit Terms (in days)** |
| 07/11/2007 | | XXX | 29-35 (C) | 10-50M | |
| 04/23/2007 | | XXX | | 5-10M | |
| 05/31/2006 | | XXX | 29-35 (C) | 5-10M | |
| 05/22/2006 | | XXXX | 15-21 (AB) | 50-75M | |
| **Reports From Supply Firms** | | | | | |
| **Report Date** | **Last Dealt (in months)** | **Integrity/Ability** | **Average Pay (in days)** | **High Credit (in $)** | **Credit Terms (in days)** |
| 06/06/2006 | 1-6 Months | XX | | 5-10M | |
| 06/06/2006 | | XXX | 22-28 (B) | 10-50M | 10 Days |
| 06/01/2006 | 1-6 Months | XXX | 29-35 (C) | | 30 Days |

# FINANCIAL INFORMATION

A complete list of Financial Statement Ratio definitions can be accessed at http://www.bluebookprco.com/common/Memberratio_definitions.asp.

Financial statements are submitted in confidence to be used for rating purposes only. Specific figures are not quoted. The most recent financial statement provided by the company is a Year-End statement dated 12/31/2005. How prepared: Internally Prepared.

The company has submitted financial statements to be held in strict confidence and for rating purposes only. The last statements submitted were for the year ending December 31, 2005. The company reports a deficit working capital position, whereby current liabilities exceed current assets. The current ratio equaled 0.64:1 as of December 31, 2005. The company's debt to equity ratio equaled 41.3:1 as of December 31, 2005. The company reported a moderate six figure net income for fiscal 2005.

The company changed their year end from September 30 to December 31 during fiscal 2003. Furthermore, the company converted from a C corporation to a Subchapter S corporation during fiscal 2003.

# BUSINESS BACKGROUND

**Business Events**

**June 13, 2007** Subject company suspended operations with obligations not fully liquidated. As such, the numeral (113) was reported on the said date.

It is also reported that the company sold certain assets to Adams Bros. Produce Co., Inc., Birmingham, Alabama effective June 2, 2007. Upon completion of the sale, the Subject effectively ceased operations. Management acknowledges outstanding obligations and any creditors seeking information regarding payments of obligations can contact the company's controller, Taghy Fakhraee, by calling 850 438-6993, ext. 6217, or request to speak to Lisa Stokes in Fakhraee's absence.

**February 2003** The company purchased certain assets of Elliott Produce, Inc., Mobile, Alabama. The assets were reportedly the company's warehouse. Emerald Coast now operates a branch from that location.

**August 22, 2000** Subject company converted to a Corporation under Florida law. Re-incorporated under Florida state law as Emerald Coast Finest Produce Company.

**December 1987** Subject company converted to a Corporation under Florida law. The business then incorporated under Florida state law as Thompson's Farm Fresh Produce Company, Inc.

**1983** Subject company converted to a Partnership . This company was established as a partnership of Preston Thompson and Spencer Harrison.

# PEOPLE BACKGROUND

PRINCIPALS: Preston Thompson established the original partnership, Thompson's Farm Fresh Produce, in 1983. He was involved with the business throughout the years even when it was under other ownership. He was an employee while it operated as Fresh America Florida Inc.

AFFILIATION: The affiliated company, Emerald Coast Finest Produce of Mobile, LLC, was formerly a branch operations of this company. Management advises they were required to create a separate legal entity by the state of Alabama. A majority of operations in Mobile are conducted by management in Pensacola.

Not Provided

# BUSINESS PROFILE

**Method(s) of Operations for Headquarter Location:**

Subject company reports operating as Receiver, Jobber, Foodservice, Fresh Cut Processor, Packer, Processor, Produce Warehouse, Repacker, at their Pensacola, Florida USA headquarter location.

**Reported Number of Retail Stores:**

TOTAL STORES: Unknown

**Size of Business:**

| | |
|---|---|
| Estimated number of permanent / full-time employees: | Not Provided |
| Estimated number of seasonal / part-time employees: | Not Provided |
| Estimated number of truckloads/containers handled annually: | Not Provided |
| Number of locations listed in the Blue Book: | 2 |

**Licenses:**

PACA License #20020523

**Commodities Handled:**

Subject company reports handling the following commodities: Fruit, Vegetable, Salad, Food (non-produce)

Subject company reports that some of the commodities handled have the following storage/handling characteristics: Frozen

# AFFILIATIONS

An affiliation between entities exists when one entity owns all or a portion of another entity, or when a responsibly connected individual in one entity owns all or a portion of another entity, or that individual is a responsibly connected party in another entity.

**BB # 169770**
**Emerald Coast Finest Produce of Mobile, LLC.**
Mobile, Alabama USA
Produce Buyer, Supply Chain Services
(86)