# ATTACHMENT 2

In the United States Court of Federal Claims

No. 06-742-C

| | |
|---|---|
| EMERALD COAST FINEST PRODUCE CO., INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| MILITARY PRODUCE GROUP, LLC, | ) |
| Defendant-Intervenor | ) |

**AFFIDAVIT AS TO ATTACHED EXHIBITS "A" & "B"**

STATE OF ____________________

COUNTY OF ____________________

BEFORE ME, the undersigned authority, this day personally appeared PRESTON THOMPSON, being by me first duly sworn, who under oath, deposes and says:

1. That attached hereto marked Exhibit "A" are the true and correct statements of facts by Affiant which are based upon personal knowledge and records kept by Plaintiff in the ordinary cause of business.

2. That attached hereto marked Exhibit "B" is a true and correct copy of the Business Assets Purchase Agreement.

FURTHER AFFIANT SAYETH NOT.

Preston Thompson, Affiant

STATE OF FLORIDA

COUNTY OF ESCAMBIA

The foregoing instrument was acknowledged before me this 10th day of September, 2007, by PRESTON THOMPSON, who is personally known to me and who did take an oath.

SALLY BUSSELL FOX
Notary Public-State of Florida
Comm. Exp. Sept. 29, 2011
Comm. No. DD 688356

Notary Public – State of Florida