# ATTACHMENT 3

WE STARTED SELLING TO COMMISSARY OFF OF BIDS IN 1986 WE SOLD TO: PENSACOLA COMMISSARY,PENSACOLA, FL.TENDAL AIRFORCE,PANAMA CITY, FL.GULFPORT COMMISSARY,GULFPORT,MISSISSIPPI EGLIN AIRFORCE FORT WALTON BCH,FL.,HURBERT FIELD AIRFORCE, MARY ESTER,FL.FORT RUCKER ARMY DOTHAN,AL,KEESLER AIRFORCE BILOXI, MISSISSIPPI, IN THE YEAR OF 1998 WE WON A BID FOR TROOP ISSUE THROUGH OUT THE SOUTH.

TO BE ABLE TO SERVICE THIS CONTRACT WE PURCHASED A 127 THOUSAND SQUARE FOOT WAREHOUSE, IN THE YEAR 2001 WE LEARNED THAT DECA WAS GOING TO BID SO MANY COMMISSARY'S IN THIS LOCAL AREA SOUTH EASTERN DISTRICT, SO WE BEGIN TO CONTACT DECA PERSONAL IN JACKSONVILLE,FL. AND BIRMINGHAM ,AL.IN THE YEAR OF 2002 THEY CAME TO VISIT OUR WAREHOUSE AND FACILITIES , WE WERE ADVISED THAT WE NEEDED MORE TEMPATURE ZONES AND MORE STORAGE SPACE,SO WE WENT TO WORK BUILDING NEW OFFICE SPACE FOR USDA INSPECTORS AND MILITARY INSPECTORS, WE BUILT A SEVEN(7) DOOR REFERIGATED LOADING DOCK FOUR(4) NEW COOLERS

EXHIBIT
tabbies
"A"

APPROXIMATELY 40 THOUSAND SQUARE FEET OF COOLING SPACE THE COST OF THIS SECTION APPROXIMATE/ONE & ONE HALF MILLION DOLLARS. AFTER THIS WE STARTED BUYING TRUCKS TO SERVICE ALL THE GOVERNMENT FACILITIES:

WE BOUGHT NINE(9) STRIGHT TRUCKS FOUR(4) TRACTORS FOUR(4) 48 FOOT REEFER TRAILERS APPPROXIMATE COST FOR THESE TRUCKS WAS ONE (1) POINT TWO (2) MILLION DOLLARS. THEN WE STARTED HIRING EXPERIENCE PERSONAL THAT HAD RELATIONS WITH GOVERNMENT AGENCYS.

MIKE MURPHY-----------$ 174,800.00-EXV VICE PRES.
HARLEN JOHNSON---------$ 52,000.00-SALES MGR
CURTIS GILBERT-----------$ 72,154.48--BUYER
THOMAS HICKS-------------$ 43,408.67-BUYER
LAWRENCE STOKES----$ 76,500.00-LEGALISTIC MGR.
TAGHY FAKHAREE------$ 61,017.93-DATA MGR.
STAFFORD JONES---------$ 40,000.00-MILITARY PRODUCT MGR

PRESTON THOMPSON---$ 90,200.00 GENERAL MGR.
APPROXIMATE COST FOR THESE SALARIES: $ 610,081.08

TRAVEL EXPENSES------$ 45,000.00
PROFESSIONAL FEES----$ 50,000.00