# ATTACHMENT 4

WE SERVED THESE TROOP ISSUE FACILITIES TENDAL AIRFORCE PANAMA CITY, FL.EGLIN AIRFORCE FORT WALTON BCH,FL. HURBERT FIELD AIRFORCE MARY ESTER, FL. FORT RUCKER ARMY DOTHAN, AL. MAXWELL AIRFORCE MONTGOMERY, AL. RED STONE ARMY HUNTVILLE, AL. NAVY BASE HATTISBURG, MISSISSIPPI, AIRFORCR BASE IN MEDERIAN, MISSISSIPPI. PENSACOLA NAVAL STATION PENSACOLA, FL. MOBILE COAST GUARD STATION MOBILE, AL. GULF PORT TROOP ISSUE GULFPORT, MISSISSIPPI. KEESLER AIRFORCE BILOXI, MISSISSIPPI. ALL NAVEL SHIPS IN PASAGOULA, MISSIPPI ALL THESE FACILITIES WERE SERVICED THREE(3) TO FOUR(4) TIMES A WEEK.
WE WERE ASI INSPECTED FOR YEARS 1998 TO 2005 AND RECEIVED A SUPERIOR RATEING AT 99.5 PERCENT.

IN THE YEAR 2004 WE HAD A HURRICANE NAME WAS IVAN AFTER THIS TERRIBLE STORM WE LOST APPROXIMATLY TWO(2) MILLION IN SALES WE LOST OUR ROOF APPROXIMATLY ONE(1) & ONE HALF MILLION DOLLARS OUR PRODUCT LOSS WAS 700 .000 THOUSAND. WE DID NOT LAY OFF

ANY EMPLOYEES DUE TO LOSS OF BUSINESS.
THE NEXT YEAR 2005 WE HAD KATRINA HURRICANE WE LOST ANOTHER ONE(1) & ONE HALF MILLIONS IN SALES THEN DUE TO HEAVY COMPOSITION OUT OF TOWN,WE LOST MORE BUSINESS. WE HAD NO CHOICE BUT TO SELL SOME OF OUR ASSETS TO HELP PAY OUR PAYABLES. THIS WILL CONTRIBUTE TO OUR BLUE BOOK RATEINGS.WE PRESTON AND CONNIE THOMPSON ARE SOLE OWNERS OF EMERALD COAST FINEST PRODUCE CO. WE DID NOT RELIZE THAT WE SHOULD HAVE BEEN POLITICAL CONNECTED IN ORDER TO RECEIVE A CONTRACT THIS SIZE. EVEN THO WE SPENT MILLION'S OF DOLLARS GETTING READY FOR THIS GOVERNMENT CONTRACT AND HAVING AT LEAST 20 YEARS EXPERIENCE OF SERVICING THE GOVERNMENT COMMISSARY'S WE FEEL WE WERE NOT CONSIDERED A CONTRACT