# In the United States Court of Federal Claims

No. 06-742 C

(E-Filed: September 12, 2007)

EMERALD COAST FINEST PRODUCE CO., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

MILITARY PRODUCE GROUP, LLC,

Defendant-Intervenor.

## ORDER

Before the court is plaintiff's Memorandum in Support of Claim of Continuing Capacity to Sue or Be Sued (Memo), which contains seven attachments. See Memo passim. Attachment numbers five through seven are illegible to the court because the typeface is too light. Plaintiff shall re-file attachment numbers five through seven in such a way that the text is legible when filed with the electronic filing system.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge