IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EMERALD COAST FINEST PRODUCE CO., INC., Plaintiff, | ) | |
| v. | ) | No. 06-742C (Judge Emily Hewitt) |
| THE UNITED STATES, Defendant, | ) | |
| and | ) | |
| MILITARY PRODUCE GROUP, LLC, Defendant-Intervenor. | ) | |

DECLARATION OF LESLIE CAYER OHTA IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MEMORANDUM IN SUPPORT OF CLAIM OF CONTINUING CAPACITY TO SUE OR BE SUED

1. My name is Leslie Cayer Ohta.

2. I am employed by the United States Department of Justice, and have been assigned responsibility for representing the Government in this matter.

3. On September 12, 2007, I sent an email to Cyrus Phillips, attorney for Emerald Coast Finest Produce, Co., Inc. (Emerald Coast), requesting that Emerald Coast provide me with those pages from Emerald Coast's corporate books pertaining to the issue of whether Emerald Coast retained its right to pursue this lawsuit when it sold its operating assets to Adams Brothers Produce Company, Inc.

4. On September 12, 2007, Mr. Phillips forwarded my discovery request to a partner at the outside law firm that represented Preston and Connie Thompson, the owners of Emerald Coast, in the asset sale, and to Mike Murphy, the former Vice President of Emerald Coast now employed by Adams Brothers Produce at the former

Emerald Coast facility in Pensacola.

In his email, Mr. Phillips asked that electronic copies of any documents responsive to my request be sent directly to me, agency counsel, and counsel for the intervener, Military Produce Group, LLC.

5. To date, I have not received any responsive documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2007.

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA