# In the United States Court of Federal Claims

**No. 06-742 C**

**EMERALD COAST FINEST PRODUCE CO., INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**MILITARY PRODUCE GROUP, LLC.,**
**Defendant-Intervenor.**

Pursuant to the court's Published Order, filed November 26, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed. No costs.

Brian Bishop
Clerk of Court

**November 30, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.